**Order entered September 16, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00578-CV

## SOVEREIGN J.B. GAINES, VICE PRESIDENT ONE LOVE UNITY AMONG BROTHER & SISTER, Appellant

## V.

## HONORABLE JUDGE JUAN JASSO, PRECINCT 5 PL. 2 DALLAS, TX, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-01981**

## ORDER

The reporter's record in this case has not been filed. By letter dated July 12, 2016, we informed appellant the court reporter notified us that the reporter's record had not been filed because appellant had not (1) requested the record; or (2) paid for or made arrangements to pay for the record. We directed appellant to provide the Court with written verification he had requested the record and had paid for or made arrangements to pay for the record, or had been found entitled to proceed without payment of costs. We cautioned appellant that failure to provide the required documentation within ten days might result in the appeal being ordered submitted without the reporter's record. To date, appellant has not provided the required

documentation or otherwise corresponded with the Court regarding the status of the reporter's record. Therefore, we **ORDER** this appeal submitted without a reporter's record.

Our records indicate appellant filed a brief on June 6, 2016 prior to clerk's record being filed. We notified appellant by letter dated June 9, 2016 that the brief did not comply with the rules of appellate procedure and identified the specific deficiencies to be corrected. We also informed appellant the amended brief was not due until thirty days after the record was filed. Because this appeal is being submitted without a reporter's record, appellant's amended brief is due **THIRTY DAYS** from the date of this order.

Failure to file an amended brief that complies with the rules of appellate procedure may result in the dismissal of this appeal without further notice. TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE